O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERY GASPARD, et al.,<br><br>             Plaintiffs,<br><br>       vs.<br><br><br>DEA TASK FORCE, et al.,<br><br>             Defendants. | Case No.  EDCV 15-01802-BRO (KES)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and records on file herein, the original Report and Recommendation, and the Amended Report and Recommendation [Final] of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the original Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

//

//

//

1  IT THEREFORE IS ORDERED that all claims against (i) the Individual SBPD Defendants,[1] (ii) Chuck Rosenburg, and (iii) Ernest Lee Cartwright are dismissed without prejudice for lack of prosecution.

**IT IS HEREBY ORDERED**

Dated: September 22, 2016  _____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

---

[1]  The eleven Individual SBPD Defendants are Officers (1) Karmann, (2) Thornburg, (3) Schuelke, (4) Bennett, (5) Vega, (6) Vazquez, (7) Campos, (8) Luna, (9) Koalou, (10) Madrigal, and (11) Valdivia.