1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERY GASPARD, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>DEA TASK FORCE, et al.,<br><br>   Defendants. | Case No.  EDCV-15-01802-BRO (KES)<br><br>**PARTIAL JUDGMENT** |

    Pursuant to the Court's Orders Accepting the Findings and Conclusions of the United States Magistrate Judge, entered on May 4, 2016 and September 22, 2016; Magistrate Judge Karen E. Scott's Order Granting the Riverside Defendants' Motion for Attorney's Fees entered on October 20, 2016; and the Court finding no just reason to delay entry of judgment under Federal Rule of Civil Procedure 54(b);

    IT IS HEREBY ADJUDGED that all claims against the City of Ontario, the County of Riverside, Sheriff Stanley Sniff, the County of San Bernardino, Sheriff John McMahon, the DEA Task Force, and Joseph Farrow are dismissed with prejudice;

    IT IS FURTHER ADJUDGED that all claims against Officer B. Karmann, Officer Thornburg, Officer Schuelke, Officer Bennet, Officer Vega, Officer

1

1  Vazquez, Officer Campos, Officer Luna, Officer Koalou, Officer Madrigal, Officer
2  Valdivia, Chuck Rosenburg, and Ernest Lee Cartwright are dismissed without
3  prejudice; and
4      IT IS FURTHER ADJUDGED that Defendants County of Riverside and
5  Sheriff Stanley Sniff shall recover attorneys' fees from Plaintiffs Amery Gaspard and
6  Yvonne Hrindich in the amount of $3,250.50.

DATED: November 4, 2016

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge

Presented By:

_____
KAREN E. SCOTT
United States Magistrate Judge

2