UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERY GASPARD, et al.,<br><br>             Plaintiff,<br><br>      v.<br><br>DEA TASK FORCE, et al.,<br><br>             Defendants. | Case No. 5:15-cv-01802-VBF-KES<br>Consolidated with 5:16-cv-02290-VBF-KES<br><br>[PROPOSED]<br><br>JUDGMENT FOLLOWING SUMMARY JUDGMENT MOTION<br><br>Hearing<br>Date:        May 19, 2020<br>Time:        10 a.m.<br>Place:       Courtroom 6D, 411 West 4th St.,<br>                Santa Ana, CA 92701<br><br>Lodged with:<br>   1. Notice of Motion and Motion; Points and Authorities<br>   2. Statement of Uncontroverted Facts & Conclusions of Law<br>   3. Declaration of Laura Crane |

JUDGMENT

## JUDGMENT

On April 28, 2020, the above entitled action came on for hearing before the court for Defendant County of San Bernardino's Motion for Summary Judgment. Having fully considered the evidence and arguments presented, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Defendant's Motion for Summary Judgement is granted, judgment is entered in favor of the Defendant County of San Bernardino for the reasons stated below:

1.      Plaintiff cannot prove a violation of ADA because he was not deprived of a service, program, or activity. *See Daubert v. Lindsay Unified Sch. Dist.,* 760 F.3d 982, 985 (9th Cir. 2014).

2.      Plaintiff also cannot establish the County acted with deliberate indifference resulting in his harm. *See Duvall v. Cty. of Kitsap*, 260 F.3d 1124, 1139 (9th Cir. 2001), as amended on denial of reh'g (Oct. 11, 2001).

Plaintiff shall take nothing.

Defendant County of San Bernardino shall recover its costs.

Dated: _____

_____
HONORABLE JUDGE VALERIE L. FAIRBANK
United States District Judge

1
JUDGMENT